

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00309-CR

James **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CR-8282B
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   December 17, 2008

DISMISSED

    On December 9, 2008, appellant filed a motion to dismiss.  The motion is **GRANTED**, and

the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH